_____

| | |
|---|---|
| MARY J. BLOCK, | Civil No. 09-1332 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| MCKINLEY MEDICAL, L.L.C.; MOOG INC.; CURLIN MEDICAL INC.; HOSPIRA INC.; ABBOTT LABORATORIES; ABBOTT LABORATORIES d/b/a/ AP PHARMACEUTICALS; and ABBOTT LABORATORIES, INC. d/b/a ABBOTT SALES, MARKETING AND DISTRIBUTION COMPANY, | |
| Defendants. | |

_____

E. Frank Woodson, Matthew Munson, **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC,** Post Office Box 4160, Montgomery, AL 36103; Yvonne Flaherty, Nathan Prosser, **LOCKRIDGE GRINDAL NAUEN PLLP,** 100 Washington Avenue Street, Suite 2200, Minneapolis, MN 55401; Gregory McEwen, **MCEWEN LAW FIRM, LTD,** 5850Blackshire Path, Inver Grove Heights, MN 55076; Heather Brann, Leslie, O'Leary, Michael Williams, and Thomas Powers, **WILLIAMS LOVE O'LEARY & POWERS, PC,** 9755 Southwest Barnes Road, Suite 450, Portland, OR 97225; Laura Kalur, **KALUR LAW OFFICE,** 9755 Southwest Barnes Road, Suite 450, Portland, OR 97225; Robert Jenner, **JANET JENNER & SUGGS, LLC,** 1829 Reistertown Road, Suite 320, Baltimore, MD 21208, for plaintiff.

Daniella DaCunzo, Eric Lindenman, and Frederick Fern, **HARRIS BEACH, PLLC,** 100 Wall Street, New York, NY 10005, Jerry Blackwell, Karen Bohaty, **BLACKWELL BURKE PA,** 431 South Seventh Street, Suite 2500, Minneapolis, MN 55415, for Defendants McKinley Medical, L.L.C., Moog, Inc., and Curlin Medical, Inc.

Sara Daggett and Jeannine Lee, **FLYNN GASKIN & BENNETT, LLP,** 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402 for Defendants Hospira, Inc. and Abbott Laboratories.

Bradley Lindeman, Elizabeth Snyder Poeschl, and Jon Russell, **MEAGHER & GEER, PLLP,** 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402 for Defendants DJO, L.L.C. and DJO Incorporated.

Michael Lindberg, **JOHNSON & LINDBERG, PA,** 7900 International Drive, Suite 960, Minneapolis, MN 55425 for Defendant I-Flow Corporation.

This matter is before the Court upon the Stipulation for Dismissal Without Prejudice of Defendants Abbott Laboratories and Hospira, Inc., filed by the parties on September 23, 2010 [Docket No. 148].

**IT IS HEREBY ORDERED** that Defendants Abbott Laboratories and Hospira, Inc. are **DISMISSED WITHOUT PREJUDICE**, and without costs or disbursements to any party.

DATED: October 8, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                                  United States District Judge