UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

MARY J. BLOCK,                                                    Civil No. 09-1332 (JRT/JJK)

                      Plaintiff,

v.

                             **ORDER**

MCKINLEY MEDICAL, L.L.C.; MOOG
INC.; CURLIN MEDICAL INC.;
HOSPIRA INC.; ABBOTT
LABORATORIES; ABBOTT
LABORATORIES d/b/a/ AP
PHARMACEUTICALS; and ABBOTT
LABORATORIES, INC. d/b/a ABBOTT
SALES, MARKETING AND
DISTRIBUTION COMPANY,

                      Defendants.

_____

E. Frank Woodson, Matthew Munson, **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC,** Post Office Box 4160, Montgomery, AL 36103; Yvonne Flaherty, Nathan Prosser, **LOCKRIDGE GRINDAL NAUEN PLLP,** 100 Washington Avenue Street, Suite 2200, Minneapolis, MN 55401; Gregory McEwen, **MCEWEN LAW FIRM, LTD,** 5850 Blackshire Path, Inver Grove Heights, MN 55076; Heather Brann, Leslie, O'Leary, Michael Williams, and Thomas Powers, **WILLIAMS LOVE O'LEARY & POWERS, PC,** 9755 Southwest Barnes Road, Suite 450, Portland, OR 97225; Laura Kalur, **KALUR LAW OFFICE,** 9755 Southwest Barnes Road, Suite 450, Portland, OR 97225; Robert Jenner, **JANET JENNER & SUGGS, LLC,** 1829 Reistertown Road, Suite 320, Baltimore, MD 21208, for plaintiff.

Daniella DaCunzo, Eric Lindenman, and Frederick Fern, **HARRIS BEACH, PLLC,** 100 Wall Street, New York, NY 10005, Jerry Blackwell, Karen Bohaty, **BLACKWELL BURKE PA,** 431 South Seventh Street, Suite 2500, Minneapolis, MN 55415, for Defendants McKinley Medical, L.L.C., Moog, Inc., and Curlin Medical, Inc.

Sara Daggett and Jeannine Lee, **FLYNN GASKIN & BENNETT, LLP,** 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402 for Defendants Hospira, Inc. and Abbott Laboratories.

Bradley Lindeman, Elizabeth Snyder Poeschl, and Jon Russell, **MEAGHER & GEER, PLLP,** 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402 for Defendants DJO, L.L.C. and DJO Incorporated.

Michael Lindberg, **JOHNSON & LINDBERG, PA,** 7900 International Drive, Suite 960, Minneapolis, MN 55425 for Defendant I-Flow Corporation.

This matter is before the Court upon the Stipulation to file exhibits under seal, filed by the parties on October 8, 2010 [Docket No. 150].

**IT IS HEREBY ORDERED** that Defendants Moog Inc. and Curlin Medical Inc.'s exhibits two and three to their motion for summary judgment be filed under seal.

DATED: October 12, 2010
at Minneapolis, Minnesota.

                                          s/ John R. Tunheim
                                        JOHN R. TUNHEIM
                                        United States District Judge